**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ALEYDA TORRES, SIOBHAN ANDERSON, CHERYL APPLETON, KYMBUR BAKER-JOHNSON, TARA CONANT, ELISEO DIAZ, CHRISTINE ENGELSON, KATHERINE GONZALEZ, CAITLIN JOUBERT, EVADNEY JUMPP, CATHY KAGAN, DONNA LAPLANTE, JOANNE LESSARD, MICHAEL MANSUR, MICHAEL OTTOMANIELLO, FRANCHESKA REVERON-CORREIA, AND JOANNE SZAREK,** on behalf of themselves, and all others similarly situated, <br>      Plaintiffs | **CASE NO.: 3:19-CV-30049-KAR** <br><br><br> **CLASS ACTION** |

v.

**BAYSTATE HEALTH, INC.,**
      Defendant

**NOTICE OF VOLUNTARY DISMISSAL**
**F.R.C.P. 41(a)(1)(A)(ii)**

Now come the parties in the above-entitled action, pursuant to the provisions of Fed. R. Civ. P.  Rule 41(a)(1)(A)(ii), hereby voluntarily stipulate that said action be dismissed without prejudice and without costs.

KC LAW                                     MORRISON MAHONEY, LLP


By: /s/ Kevin Chrisanthopoulos            By: /s/ Daniel S. Marvin
Kevin Chrisanthopoulos, Esq.              Daniel S. Marvin, Esq.
Kevin@KCTrialAttorney.com                 dmarvin@morrisonmahoney.com
30 Court Street, Suite 1                   1500 Main Street, Suite 2400
Westfield, MA 01085                        Springfield, MA 01103
Telephone No. (413) 251-1010               Telephone No.: (413) 737-4373


Dated:  February 26, 2020